UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 23-2766-DMG | Date | August 2, 2023 |
| Title | *Rolando Hector Cordova v. J. Doerer* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  [IN CHAMBERS] ORDER FOR THE GOVERNMENT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR ITS FAILURE TO COMPLY WITH THE COURT'S MAY 12, 2023 ORDER**

On May 12, 2023, the Court ordered the Government to respond to the pending petition for writ of habeas corpus by June 9, 2023.  [Doc. # 5.]  Notice of this order was sent via email to the U.S. Attorney's office.  *Id.*  To date, the Government has not made an appearance in this case.

The Court accordingly **ORDERS** the Government to show cause by August 23, 2023 why sanctions should not be imposed for its failure to file a response to the petition for writ of habeas corpus as ordered by this Court on May 12, 2023.  Alternatively, the Government's filing of a response to the petition by August 23, 2023 would constitute a satisfactory response to the order to show cause.

**IT IS SO ORDERED**.